

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00623-CV

Rene **ESTRADA**,
Appellant

v.

**LEGACY HOME HEALTH INC.** and Legacy Home Care Services, Inc. D/B/A All Seasons
Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against the party who incurred them.

SIGNED December 17, 2025.

_____
Irene Rios, Justice